Dismissed and Memorandum Opinion filed July 8, 2004









Dismissed and Memorandum Opinion filed July 8, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00451-CV

____________

 

SCHLUMBERGER
GLOBAL RESOURCES, LTD., Appellant

 

V.

 

SANDRA ORTIZ
GOMEZ, Individually and as next friend of

CARLOS ANDRES GOMEZ, VALENTINA
GOMEZ, and

JUAN SEBASTIAN GOMEZ VARGAS,
Minors; MICHALE SKADDEN, as Representative of the Estate of Carlos Hernan
Gomez, Deceased; 

HERNAN GOMEZ REYES and 

BEATRIZ AMOROCHO DE GOMEZ,
Appellees

 



 

On Appeal from the
129th District Court

Harris County, Texas

Trial Court Cause
No. 03-060530

 



 

M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order denying appellant=s special appearance signed February
9, 2004.  On June 29, 2004, appellant
filed an unopposed motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 8, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.